RILEY A. CLAYTON
Nevada Bar No. 05260
rclayton@lawhjc.com
KATHY McCARTHY
Nevada Bar No. 11204
kmccarthy@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 PEAK DRIVE
LAS VEGAS, NEVADA 89128
(702) 316-4111
FAX (702)316-4114

Attorneys for Defendant,
*State Farm Mutual Automobile Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM O. HENDERSON; ROBERT E. WRIGHT; and JAMILLA SAYLES,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES 1 through X; and ROE CORPORATIONS XI through XX,<br><br>Defendants. | **CASE NO.: 2:20-cv-00252-JCM-EJY**<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT STATE FARM TO FILE ITS OPPOSITION TO PLAINTIFFS' MOTION TO REMAND TO STATE COURT (Doc. 5).**<br><br>**(First Request)** |

Pursuant to LR IA 6-2, Defendant, State Farm Mutual Automobile Insurance Company, through its attorney, Hall Jaffe & Clayton, LLP, and Plaintiffs, William O. Henderson, Robert E. Wright, and Jamilla Sayles, through their attorney, Eglet Adams, hereby submit this Stipulation and Order to Extend Time for Defendant State Farm to File Its Opposition to Plaintiffs' Motion for Remand to State Court (Doc. 5), which was filed on February 24, 2020.

The basis for this request stems from State Farm's need to review and select the key documents from the claims file to support its forthcoming opposition to the motion for remand. More specifically, in responding to the pending motion for remand, State Farm is obligated to provide "summary judgment" type of evidence to establish whether the potential amount in

controversy exceeds the $75,000. To accomplish this task, State Farm needs sufficient time to review the claims file, which involves reviewing the injury claims of three separate individuals, and which contains over 4000 pages, to select those medical records, demand letters, and other documents that support an amount in controversy in excess of $75,000. Thus, additional time, i.e., one additional week, is necessary for State Farm's counsel to accomplish this task. This request is not made for purposes of delaying these proceedings but is made in good faith given the unique factors of this case discussed above. With the one-week extension, **State Farm's Opposition would be due on Thursday, March 16, 2020**. This is State Farm's first request for an extension of the deadlines to file its Opposition to the Plaintiffs' Motion to Remand to State Court, and the first stipulation submitted by the parties.

| | |
|---|---|
| Dated this ____ day of March, 2020. | Dated this ___ day of March, 2020 |
| HALL JAFFE & CLAYTON, LLP | EGLET ADAMS |
| /s/ Riley A. Clayton | /s/ Ashley Kabins |
| _____ | _____ |
| RILEY A. CLAYTON<br>Nevada Bar No. 005260<br>KATHY McCARTHY<br>Nevada Bar No. 11204<br>7425 Peak Drive<br>Las Vegas, Nevada 89128<br>Attorneys for Defendant | TRACY A. EGLET<br>Nevada Bar No. 6419<br>ASHLEY KABINS<br>Nevada Bar No. 15057<br>400 S. Seventh Street, 4th Floor<br>Las Vegas, Nevada 89191<br>Attorneys for Plaintiffs |

**O R D E R**

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

Dated: March 9, 2020 _____